UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| Case No. | CV 21-03863-DFM | Date: | August 9, 2021 |
|---|---|---|---|
| Title | Hylkema Roofing, Inc. v. Souza Construction, Inc. et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Staying Case

In the Joint Rule 26(f) Report, the parties ask for a 6-month stay of the proceedings to allow time for the Navy to either confirm or rescind liquidated damages. That request is GRANTED and the August 17, 2021 Scheduling Conference is thereby VACATED. The parties shall file a joint status report no later than February 2, 2022. The Court will then set a scheduling conference, if appropriate.

The Clerk of Court is directed to close this matter during the stay.