JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES for the use of HYLKEMA ROOFING, INC. a California corporation DBA SUPERIOR ROOFING,<br><br>Plaintiff,<br><br>vs.<br><br>SOUZA CONSTRUCTION, INC. a California corporation, AMERICAN CONTRACTOR'S INDEMNITY COMPANY, a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation AND DOES 1 THROUGH 30.<br><br>Defendants | Case No.: 2:21-CV-03863-DFM<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

IT IS SO ORDERED.

The above-captioned action is hereby dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

June 8, 2023

_____
Douglas F. McCormick
Judge of the United States District Court
Central District of California

1
Order on Stipulation of Dismissal